

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BRANDON ISLAS, | § | No. 08-12-00157-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2010-1896-D) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's motion to abate appeal and remand to the trial court.

Therefore, it is ORDERED that the appeal be abated and remanded to the trial court so that it may conduct a hearing, enter written findings of fact and conclusions of law, and written recommendations. The trial court is not authorized to enter any orders.

The trial court shall forward its orders, findings, conclusions, and recommendations to the District Clerk of Denton County, Texas, on or before April 19, 2013. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's written orders, findings, conclusions, and recommendations on or before April 29, 2013. Further, the Court Reporter shall prepare, certify and file with this Court on or before April 29, 2013 a transcription of the hearing.

Further, the Court on its own motion, VACATES the April 25, 2013 submission setting for the above styled and numbered cause. This case will be rescheduled for May 30, 2013 without oral argument.

IT IS SO ORDERED this 20th day of March, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.